UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

Javier Cesario and
Fernando Martinez,

                            Case No. 07 Civ. 8545 (LLS)

             Plaintiffs,      **AMENDED MOTION**
                               **TO ADMIT COUNSEL**
  -against-                      **PRO HAC VICE**

BNI Construction, Inc.,
Mikial Abdur-Rahim and
Musa Last Name Unknown,

             Defendants.
-----------------------------------------------------------

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Kerin E. Coughlin, a member in good standing of the bar of this Court and counsel for plaintiffs Javier Cesario and Fernando Martinez, hereby move for an Order allowing the admission pro hac vice of:

      Laura C. Fentonmiller
      Constantine Cannon LLP
      1627 Eye Street, NW, 10th Floor
      Washington, DC  20006
      Phone: (202) 204-3500
      Fax: (202) 204-3501

Laura C. Fentonmiller is a member in good standing of the Bar of the District of Columbia. There are no pending disciplinary proceedings against Ms. Fentonmiller in any State or Federal court.

Dated:       December 5, 2007
City, State:  New York, New York

                                   Respectfully submitted,

                                   Kerin E. Coughlin
                                   Constantine Cannon LLP
                                   450 Lexington Avenue, 17th Floor
                                   New York, New York 10017
                                   Phone: (212) 350-2700
                                   Fax: (212) 350-2701

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------

Javier Cesario and
Fernando Martinez,

                          Case No. 07 Civ. 8545 (LLS)

              Plaintiffs,      **Amended Affidavit of Kerin E. Coughlin**
                                **In Support of Motion to Admit**
      -against-                 **Counsel Pro Hac Vice**

BNI Construction, Inc.,
Mikial Abdur-Rahim and
Musa Last Name Unknown,

             Defendants.
----------------------------------------------------------

State of New York    )
                        )
County of New York )  ss:

Kerin E. Coughlin, being duly sworn, hereby deposes and says as follows:

1.     I am an attorney at Constantine Cannon LLP, counsel for plaintiffs Javier Cesario and Fernando Martinez in the above-captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiffs' amended motion to admit Laura C. Fentonmiller as counsel pro hac vice to represent them in this matter.

2.     I am a member in good standing of the bar of the State of New York where I was admitted to practice law on October 22, 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     I have known Laura C. Fentonmiller since 2006.

4.     Ms. Fentonmiller is an attorney at Constantine Cannon LLP in Washington, DC.

5.     I have found Ms. Fentonmiller to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.     Accordingly, I am pleased to move for the admission of Laura C. Fentonmiller, pro hac vice.

7.  I respectfully submit a proposed Order granting the admission of Laura C. Fentonmiller, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the amended motion to admit Laura C. Fentonmiller, pro hac vice, to represent plaintiffs Javier Cesario and Fernando Martinez in the above-captioned matter be granted.

Dated: December 5, 2007
City/State: New York, New York
Notarized:

REIKO CYR
Notary Public, State of New York
No. 02CY6103235
Qualified in New York County
Commission Expires 12/22/2007

Respectfully submitted,

Kerin E. Coughlin

97228.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

Javier Cesario and
Fernando Martinez,

                    Plaintiffs,

-against-

BNI Construction, Inc.,
Mikial Abdur-Rahim and
Musa Last Name Unknown,

                    Defendants.
---------------------------------------------------------

Case No. 07 Civ. 8545 (LLS)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the amended motion of Kerin E. Coughlin, attorney for plaintiffs Javier Cesario and Fernando Martinez, and said sponsor attorney's amended affidavit in support:

**IT IS HEREBY ORDERED** that

        Laura C. Fentonmiller
        Constantine Cannon LLP
        1627 Eye Street, NW, 10th Floor
        Washington, DC  20006
        Phone: (202) 204-3500
        Fax: (202) 204-3501
        lfentonmiller@constantinecannon.com

is admitted to practice pro hac vice as counsel for plaintiffs Javier Cesario and Fernando Martinez in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                        _____
                                        United States District/Magistrate Judge

97224.1



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

LAURA CHRISTINE FENTONMILLER

was on the 3RD day of MAY, 1996 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 9, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk