AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Javier Cesario and
Fernando Martinez

**SUMMONS IN A CIVIL ACTION**

V.

BNI Construction, Inc.,
Mikial Abdur-Rahim and
Musa Last Name Unknown

CASE NUMBER:



07 CIV 8545

JUDGE STANTON

TO: (Name and address of Defendant)

Musa Last Name Unknown
c/o BNI Construction, Inc.
300 West 147th Street,,Suite 1C
New York, New York 10039

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kerin E. Coughlin, Esq.                Elena Goldstein, Esq.
Constantine Cannon LLP                 New York Legal Assistance Group
450 Lexington Avenue, 17th Fl.         450 West 33rd Street, 11th Fl.
New York, New York 10017               New York, New York 10001

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

10/2/2007

CLERK                                  DATE

_(signature)_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 12/28/2007 |
| NAME OF SERVER *(PRINT)* Jeremy Murphy | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Affixed an envelope containing copies of the Summons and complaint to the door of the defendant's place of business, and mailed a second envelope also containing copies of the Summons and complaint by first class mail to the defendant at his place of business, as set forth in the attached Affidavit of Service and pursuant to N.Y.C.P.L.R. Sec. 308(4).

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $4.00 | SERVICES | TOTAL $4.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/31/2007
            Date

*Signature of Server*
Constantine Cannon LLP
450 Lexington Avenue, Fl. 17
New York, NY 10017

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.