ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

Javier Cesario and
Fernando Martinez,

            Plaintiffs,

-against-

BNI Construction, Inc.,
Mikial Abdur-Rahim and
Musa Last Name Unknown,

            Defendants.
---------------------------------------------------------

Case No. 07 Civ. 8545 (LLS)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the amended motion of Kerin E. Coughlin, attorney for plaintiffs Javier Cesario and Fernando Martinez, and said sponsor attorney's amended affidavit in support:

**IT IS HEREBY ORDERED** that

    Laura C. Fentonmiller
    Constantine Cannon LLP
    1627 Eye Street, NW, 10th Floor
    Washington, DC  20006
    Phone: (202) 204-3500
    Fax: (202) 204-3501
    lfentonmiller@constantinecannon.com

is admitted to practice pro hac vice as counsel for plaintiffs Javier Cesario and Fernando Martinez in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: January 7, 2008
City, State: New York, NY

                                            Louis L. Stanton
                                United States District/~~Magistrate Judge~~

97224.1