# EXHIBIT A

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Javier Cesario and
Fernando Martinez

V.

BNI Construction, Inc.,
Mikial Abdur-Rahim and
Musa Last Name Unknown

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 8545**

**JUDGE STANTON**

TO: (Name and address of Defendant)

Mikial Abdur-Rahim
13 Mevan Avenue
Englewood, New Jersey 07631

OR

Mikial Abdur-Rahim

BNI Construction, Inc.
300 West 147th St., Suite 1C
New York, New York 10039

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kerin E. Coughlin, Esq.
Constantine Cannon LLP
450 Lexington Avenue, 17th Fl.
New York, New York 10017

Elena Goldstein, Esq.
New York Legal Assistance Group
450 West 33rd Street, 11th Fl.
New York, New York 10001

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_____
(By) DEPUTY CLERK

10/2/2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10/30/2007 |
| NAME OF SERVER *(PRINT)* Jeremy Murphy | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   BNI Construction, Inc. 300 West 147th Street, Suite 1C  New York, New York 10039

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    10/31/2007       *Jeremy Murphy*
               Date             Signature of Server
                                       Constantine Cannon LLP
                                       450 Lexington Avenue, 17th Fl.
                                       New York, New York 10017
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.