**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------x
JAVIER CESARIO and                    )
FERNANDO MARTINEZ,                    )
                                      )
                                      ) Case No. 07 Civ. 8545 (LLS) (GWG)
            Plaintiffs,               )
                                      ) ECF Case
      v.                              )
                                      )
BNI CONSTRUCTION, INC.,               )
MIKIAL ABDUR-RAHIM and                )
MUSA LAST NAME UNKNOWN,               )
                                      )
            Defendants.               )
-------------------------------------------------------x
```

## APPLICATION FOR DEFAULT JUDGMENT

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b) of this Court, plaintiffs hereby apply for entry of default judgment against defendants BNI Construction, Inc., Mikial Abdur-Rahim and Musa Last Name Unknown.  Pursuant to Local Civil Rule 55.2(b), submitted herewith as exhibits to the Declaration of Kerin E. Coughlin are true and correct copies of (a) the Certificate of Default entered February 13, 2008 (Ex. C) and (b) the Complaint to which no response has been made (Ex. A).  A proposed form of default judgment also is submitted herewith, along with Proposed Findings of Fact and Conclusions of Law and supporting declarations (with exhibits).

```
                              CONSTANTINE CANNON LLP
                     By:      s/ Kerin E. Coughlin
                              Kerin E. Coughlin
                              450 Lexington Avenue, 17th Floor
                              New York, New York 10017
                              (212) 350-2700

                              YISROEL SCHULMAN
                              N.Y. LEGAL ASSISTANCE GROUP
                              Elena Goldstein, of Counsel
                              450 West 33rd Street, 11th Floor
                              New York, New York 10001
                              (212) 613-5024
                              Attorneys for Plaintiffs
```

107556.1