# EXHIBIT B

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

JAVIER CESARIO and
FERNANDO MARTINEZ,

                  Plaintiffs,

        v.

BNI CONSTRUCTION, INC.,
MIKIAL ABDUR-RAHIM and
MUSA LAST NAME UNKNOWN,

                  Defendants.

Case No. 07 Civ. 8545 (LLS)

DECLARATION OF
KERIN E. COUGHLIN
IN SUPPORT OF
REQUEST TO ENTER
DEFAULT OF DEFENDANTS

I, Kerin E. Coughlin, hereby declare, pursuant to 28 U.S.C. § 1746:

1.     I am an attorney with Constantine Cannon LLP, counsel for the plaintiffs in the above-captioned matter. I make this declaration in support of plaintiffs' request that the Clerk of this Court enter on the docket the default of defendants BNI Construction, Inc. ("BNI"), Mikial Abdur-Rahim and Musa Last Name Unknown (collectively, "Defendants") filed herewith. The facts stated in this declaration are based on my personal knowledge, or, where noted, on information that I have received in connection with this case.

2.     On or about October 2, 2007, I provided the Summons and Complaint in this matter to Jeremy Murphy, a paralegal at my firm. Mr. Murphy properly served the Summons and Complaint on defendants Mikial Abdur-Rahim and Musa Last Name Unknown under the provisions of Federal Rule of Civil Procedure 4(e)(1) and certified as such to this Court in proofs of service dated October 31, 2007 and January 2, 2008 and filed with this Court on January 3, 2008. True and correct copies of those proofs of service are attached to this Declaration as Exhibits A and B.

3.     On or about October 24, 2007, Mr. Murphy provided copies of the Summons and Complaint in this matter to Brittany Vogel, an employee of Hinman Straub PC in Albany, New York. Ms. Vogel properly served the Summons and Complaint on defendant BNI under the provisions of Federal Rule of Civil Procedure 4(e)(1) via the New York State Secretary of State. Ms. Vogel certified as such to this Court in a proof of service dated October 26, 2007 and duly filed with this Court on November 2, 2007. A true and correct copy of that proof of service is attached to this declaration as Exhibit C.

4.    Defendants have failed to serve or file an answer, or to respond otherwise, to the Summons and Complaint.

5.    Under Federal Rule of Civil Procedure 12(a)(1)(A), Defendants' time limits for responding to the Summons and Complaint have now expired, and have not been extended by stipulation of the parties or Order of the Court.

6.    Upon information and belief, defendants Mikial Abdur-Rahim and Musa Last Name Unknown are neither infants nor incompetent people; rather, they are adults and appear to be capable of managing their own affairs. Further, upon information and belief, said defendants are not in the military service.

7.    Defendant BNI could not be an infant or an incompetent person within the meaning of Rule 55(a) of the Federal Rules of Civil Procedure, nor could it be in the military service. This is because BNI is a corporation organized and existing under the laws of the State of New York, with its principal place of business in New York, New York.

Under penalty of perjury, the foregoing is true and correct.

Dated:  February 7, 2008

Kerin E. Coughlin

100354.1

# EXHIBIT A

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Javier Cesario and
Fernando Martinez

V.

BNI Construction, Inc.,
Mikial Abdur-Rahim and
Musa Last Name Unknown

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 8545**

**JUDGE STANTON**

TO: (Name and address of Defendant)

Mikial Abdur-Rahim
13 Mevan Avenue
Englewood, New Jersey 07631

OR

Mikial Abdur-Rahim
BNI Construction, Inc.
300 West 147th St., Suite 1C
New York, New York 10039

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kerin E. Coughlin, Esq.
Constantine Cannon LLP
450 Lexington Avenue, 17th Fl.
New York, New York 10017

Elena Goldstein, Esq.
New York Legal Assistance Group
450 West 33rd Street, 11th Fl.
New York, New York 10001

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

10/2/2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10/30/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jeremy Murphy | Paralegal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
BNI Construction, Inc. 300 West 145th Street, Suite 1C New York, New York 10039

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/31/2007
                Date

*Signature of Server*   Constantine Cannon LLP
                        450 Lexington Avenue, 17th Fl.
                        New York, New York 10017
                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT B

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| Southern | District of | New York |

Javier Cesario and
Fernando Martinez

V.

BNI Construction, Inc.,
Mikial Abdur-Rahim and
Musa Last Name Unknown

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 07 CIV 8545

## JUDGE STANTON

TO: (Name and address of Defendant)

Musa Last Name Unknown
c/o BNI Construction, Inc.
300 West 147th Street, Suite 1C
New York, New York 10039

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kerin E. Coughlin, Esq.
Constantine Cannon LLP
450 Lexington Avenue, 17th Fl.
New York, New York 10017

Elena Goldstein, Esq.
New York Legal Assistance Group
450 West 33rd Street, 11th Fl.
New York, New York 10001

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

| | |
|---|---|
| | 10/2/2007 |
| CLERK | DATE |
| _Nancy Quintero_ | |
| (By) DEPUTY CLERK | |

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 12/28/2007 |
|---|---|
| NAME OF SERVER (PRINT) Jeremy Murphy | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Affixed an envelope containing copies of the Summons and complaint to the door of the defendant's place of business, and mailed a second envelope also containing copies of the Summons and complaint by first class mail to the defendant at his place of business, as set forth in the attached Affidavit of Service and pursuant to N.Y.C.P.L.R. Sec. 308(4).

## STATEMENT OF SERVICE FEES

| TRAVEL $4.00 | SERVICES | TOTAL $4.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___12/31/2007___
                 Date

_Signature of Server_
Constantine Cannon LLP
450 Lexington Avenue, Fl. 17
New York, NY 10017
_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

Javier Cesario and
Fernando Martinez,

                     Plaintiffs,

      -against-

BNI Construction, Inc.,
Mikial Abdur-Rahim and
Musa Last Name Unknown,

                     Defendants.
-----------------------------------------------------------

Case No. 07 Civ. 8545 (LLS)

**AFFIDAVIT OF SERVICE**

State of New York   )
                )
County of New York ) ss:

JEREMY MURPHY, being duly sworn, hereby deposes and says as follows:

1.      I am employed as a paralegal at Constantine Cannon LLP, counsel for plaintiffs in the above-captioned matter. I am familiar with the proceedings in this case and have personal knowledge of the facts set forth herein.

2.      On or about October 5, 2007, I contacted Howard Goldman, Esq. of Demovsky Lawyer Service ("DLS"), a process serving company, by telephone. The purpose of my call was to hire DLS to serve copies of the Summons and Complaint on the defendants in this matter, BNI Construction, Inc. ("BNI"), Mikial Abdur-Rahim ("Mikial") and Musa Last Name Unknown ("Musa"). As to defendant Musa, I instructed Mr. Goldman to attempt service at BNI's office, 300 West 147th Street, Suite 1C, New York, New York 10039, because it was (and is) my understanding that BNI is Musa's actual place of business. See Dkt. No. 1 ¶ 7.

3.      DLS attempted to serve copies of the Summons and Complaint on defendants on seven (7) occasions, each on a different date and at a different time. Attached hereto as Exhibits A and B are true and correct copies of Affidavits of Attempted Service by DLS that describe those seven (7) occasions. As the Affidavits reflect, on none of those seven (7) occasions was DLS successful. See Exs. A, B.

4.      On October 30, 2007 at approximately 2:10 p.m., I attempted to serve copies of the Summons and Complaint on defendants Musa and Mikial at BNI's office. While I

98953.4

was there, defendant Mikial verbally confirmed in response to my inquiries that that
location was in fact BNI's office and that he was in fact Mikial. I served copies of the
Summons and Complaint on Mikial personally by placing the documents in his hand.
*See* Dkt. No. 6. I asked Mikial if Musa was on the premises at that time, and Mikial
responded that he "never see[s] him [Musa]." I understood Mikial's statement to indicate
that he does in fact know Musa, but that he just does not often see Musa at BNI's office.
I asked Mikial if Musa would be in the office later that day or in the near future, and,
contrary to Mikial's earlier statement indicating that he does in fact know Musa, Mikial
responded that he did not know Musa. Mikial refused to accept service of the Summons
and Complaint on Musa's behalf.

5.      On or about November 4, 2007, I attempted to determine Musa's residential
address by using the New York City Department of Finance Automated City Register
Information System ("ACRIS"), which can be accessed on the New York City
Department of Finance's Internet website. Users of ACRIS can obtain information
regarding real property in the city by inputting the address of a given plot of land about
which information is sought. I input into ACRIS an address that, I had been advised,
might belong to Musa, but the information that ACRIS returned regarding that address
did not refer to Musa or to any individual with a similar name. Therefore, it appeared
that that address did not belong to Musa, thus that I would not be able to serve copies of
the Summons and Complaint upon him there.

6.      On or about November 7, 2007, I attempted to determine Musa's residential
address by utilizing PeopleFinder.com, an Internet website through which, for a fee, one
can obtain public records regarding an individual. The address that PeopleFinder.com
provided that appeared most likely to be Musa's was 1657 8th Avenue, Brooklyn, NY
11215. On that same date, at approximately 5:45 p.m., I attempted to serve copies of the
Summons and Complaint on Musa at 1657 8th Avenue in Brooklyn. When I arrived
there, I discovered that it is a residential building with multiple apartments. I did not
know which (if any) apartment belonged to Musa, and none of the names on the building
directory resembled Musa's. Therefore, I was unable to locate Musa and/or to serve
copies of the Summons and Complaint on him at that location.

7.      On or about December 12, 2007, at approximately 11:30 a.m., I (a) affixed to the
door of BNI's office, with masking tape, a sealed envelope addressed to Musa containing
copies of the Summons and Complaint and the Order for Conference Pursuant to Rule
16(b) (Dkt. No. 2) (the "Rule 16(b) Order"), and (b) caused an envelope that did not
indicate on the outside that it was from an attorney's office or concerned an action
against Musa, and that contained copies of the Summons and Complaint and the Rule
16(b) Order, to be placed in First Class U.S. Postal Mail for delivery to Musa at BNI's
office. On December 28, 2007, I caused a second envelope that did not indicate on the
outside that it was from an attorney's office or that it concerned an action against Musa,
that contained copies of the Summons and Complaint and the Rule 16(b) Order, and that
was marked "Personal and Confidential," to be placed in First Class U.S. Postal Mail for
delivery to Musa at BNI's office. I served the Summons and Complaint on Musa by

these means because, despite our diligent efforts to serve Musa personally and to determine his residential address, as described above, we had been unable to do so.

_(Jeremy Murphy)_

Jeremy Murphy

Dated:          January 2, 2008
City, State:    New York, New York
Notarized:

Sworn to before me on
this 2nd day of January 2008.

Michelle A. Peters

MICHELLE A. PETERS
Notary Public, State of New York
No. 02PE6135091
Qualified in New York County
Commission Expires October 11, 20 09

98933.4

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Javier Cesario and Fernando Martinez,
            Plaintiff(s),

        -against-

BNI Construction, Inc. Miklal Abdur-Rahim and
Musa Last  Name Unknown,
            Defendant(s).
-------------------------------------------------------X

Judge Stanton
Index No. 07 CIV 8545

AFFIDAVIT OF
ATTEMPTED SERVICE

STATE OF NEW YORK   )
                   S.S.:
COUNTY OF NEW YORK)

TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, Inc., and is not a party to this action.

That on the 8th day of October 2007, at approximately 2:55 pm, deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND** upon BNI Construction, Inc., Miklal Abdur-Rahim and Musa (Last name unknown) at 13 Mevan Avenue, Englewood, NJ 07631. No answer was received when deponent rang the bell and knocked on the door.

That on the 9th day of October 2007, at approximately 7:50 pm, deponent again attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND** upon BNI Construction, Inc., Miklal Abdur-Rahim and Musa (Last name unknown) at 13 Mevan Avenue, Englewood, NJ 07631, again no answer was received when deponent rang the bell and knocked on the door.

That on the 10th day of October 2007, at approximately 6:40 pm, deponent again attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND** upon BNI Construction, Inc., Miklal Abdur-Rahim and Musa (Last name unknown) at 13 Mevan Avenue, Englewood, NJ 07631, again no answer was received when deponent rang the bell and knocked on the door.

That on the 11th day of October 2007, at approximately 8:20 pm, deponent again attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND** upon BNI Construction, Inc., Miklal Abdur-Rahim and Musa (Last name unknown) at 13 Mevan

Avenue, Englewood, NJ 07631. Deponent spoke to a woman who said "I have never heard of these names" The Family at this address is "Bolds."

TIMOTHY M. BOTTI #843358

Sworn to before me this
15th day of October, 2007

NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GO5062405
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 1, 2010

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
Javier Cesario and Fernando Martinez,
          Plaintiff(s),

     -against-

BNI Construction, Inc. Mikial Abdur-Rahim and
Musa Last Name Unknown,
          Defendant(s).
------------------------------------------------X

Judge Stanton
Index No. 07 CIV 8545

AFFIDAVIT OF
ATTEMPTED SERVICE

STATE OF NEW YORK   )
                    S.S.:
COUNTY OF NEW YORK)

          DARRYL A. GREEN, being duly sworn, deposes and says that he is over the age of eighteen

years, is employed by the attorney service, DLS, Inc., and is not a party to this action.

          That on the 4th day of October 2007, at approximately 3:55 pm, deponent attempted to

serve a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND** upon

BNI Construction, Inc., Mikial Abdur-Rahim and Musa (Last name unknown) at 300 West 147th Street,

Suite 1C, New York, NY 10039. No answer was received when deponent rang the bell apartment 1C.

          That on the 5th day of October 2007, at approximately 10:30 am, deponent again

attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY**

**DEMAND** upon BNI Construction, Inc., Mikial Abdur-Rahim and Musa (Last name unknown) at 300 West

147th Street, Suite 1C, New York, NY 10039, again no answer was received when deponent rang the bell

apartment 1C.

          That on the 6th day of October 2007, at approximately 12:48 pm, deponent again

attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY**

**DEMAND** upon BNI Construction, Inc., Mikial Abdur-Rahim and Musa (Last name unknown) at 300 West

147th Street, Suite 1C, New York, NY 10039, again no answer was received when deponent rang the bell

apartment 1C.

DARRYL A. GREEN #0866535

Sworn to before me this
15th day of October, 2007

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GO5082405
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 1, 2010

# EXHIBIT C

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

|  | District of | New York |
|---|---|---|
| Southern | | |

Javier Cesario and
Fernando Martinez

V.

BNI Construction, Inc.,
Mikial Abdur-Rahim and
Musa Last Name Unknown.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 8545**

**JUDGE STANTON**

TO: (Name and address of Defendant)

BNI Construction, Inc.,
300 West 147th St., Suite 1C
New York, New York 10039

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kerin E. Coughlin, Esq.
Constantine Cannon LLP
450 Lexington Avenue, 17th Fl.
New York, New York 10017

Elena Goldstein, Esq.
New York Legal Assistance Group
450 West 33rd Street, 11th Fl.
New York, New York 10001

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _Marcos Quintero_

(By) DEPUTY CLERK

DATE    10/2/2007

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JAVIER CESARIO and<br>FERNANDO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>BNI CONSTRUCTION, INC.,<br>MIKIAL ABDUR-RAHIM and<br>MUSA LAST NAME UNKNOWN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07 Civ. 8545 (LLS)<br><br>ECF Case<br><br><br>CERTIFICATE OF<br>SERVICE |

I, **BRITTANY VOGEL**, am over the age of eighteen years and not a party to the above-referenced matter. I am an employee of Hinman Straub PC, 121 State Street, Albany, New York 12207.

On October 25, 2007, I caused the Summons and Complaint in the above-captioned matter to be served on defendant BNI Construction, Inc. ("BNI"), 300 West 147th Street, Suite 1C, New York, New York 10039, by delivering to and leaving with a person authorized by the secretary of state to receive such service, at the office of the Department of State in the city of Albany, duplicate copies of said Summons and Complaint together with the statutory fee, pursuant to New York General Business Law Section 306(b)(1).

Dated:     October 26, 2007
           New York, New York

BRITTANY VOGEL

DOCS-#256785-v1-Aff_Service_-
_Cesario_v_BNI.DOC

State of New York - Department of State
Receipt for Service

Receipt #:  200710260020                    Cash #:  200710260020
Date of Service:  10/25/2007                 Fee Paid: $40 - CHECK

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  BNI CONSTRUCTION, INC.


Plaintiff/Petitioner:
          CESARIO, JAVIER


Service of Process Address:
BNI CONSTRUCTION, INC.
300 W 147TH ST
STE 1C
NEW YORK,  NY 10039

                                            Secretary of State
                                            By  CAROL VOGT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL | $0.00 |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                                    Signature of Server

                                         _____
                                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.