# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAVIER CESARIO and FERNANDO MARTINEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>BNI CONSTRUCTION, INC., MIKIAL ABDUR-RAHIM and MUSA LAST NAME UNKNOWN,<br><br>    Defendants. | Case No. 07 Civ. 8545 (LLS)<br><br>CERTIFICATE OF DEFAULT |

    I, J. Michael McMahon, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that none of the defendants, BNI Construction, Inc., Mikial Abdur-Rahim or Musa Last Name Unknown, have answered or otherwise responded to the Summons and Complaint herein. The default of said defendants is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1 of this Court.

*DEFTS WERE SERVED 10/25, 26, 31, 2007*

Dated: New York, New York

    2/13/ , 2008

J. MICHAEL McMAHON
Clerk of Court

By: _____
    Deputy Clerk

100699.1