# EXHIBIT D

**Fernando Martinez**

| start date | | number of weeks | Promised Daily Rate | Hours per week | days per week | NYS Minimum Wage | Reg Hours | OT Hours | Overtime | hourly rate | Regular Wages Earned Each Week | OT Earned each week | Spread of Hours Earned Each Week | Total Wages Earned Each Week | Wages Rec'd | Total Unpaid Wages Each Week | Total Unpaid Wages | Total FLSA Liquidated Damages | NYS Liquidated Damages | total owed | Estimated Date of Judgment | Period of Interest | Interest Pre (CPLR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | [2] | | [4] | | | | [7] | | [9] | | [10] | | | | | | | |
| 5/7/2006 | 7/30/2006 | 3 | $130 | 40 | 5 | $6.75 | 40 | 0 | $16.25 | $24.38 | $500.00 | $0.00 | $0.00 | $500.00 | | | | | | | 11/10/2008 | | |
| 5/7/2006 | 7/30/2006 | 3 | $130 | 40 | 5 | $6.75 | 40 | 0 | $16.25 | $24.38 | $500.00 | $0.00 | $0.00 | $500.00 | | | | | | | 11/10/2008 | | |
| 5/7/2006 | 7/30/2006 | 4 | $130 | 48 | 6 | $6.75 | 40 | 5 | $16.67 | $25.00 | $666.33 | $130.00 | $93.33 | $827.33 | $423.33 | | | | | | 11/10/2008 | | |
| 5/7/2006 | 7/30/2006 | 5 | $130 | 50 | 7 | $6.75 | 40 | 10 | $16.88 | $27.30 | $729.00 | $110.50 | $101.00 | $911.00 | | | | | | | 11/10/2008 | | $91.55 |
| 8/1/2006 | 11/20/2006 | 2 | $117.50 | 64.5 | 5 | | | | $36.08 | $24.12 | $965.67 | $33.25 | $1,388.42 | $454.65 | $867.93 | $10.88 | $0.00 | | | | 11/20/2008 | $132.48 | $24.43 |
| 8/1/2006 | 11/20/2006 | 12 | $117.50 | 64.5 | | | | | | | | | | | | | | | | | | | |
| 8/1/2006 | 11/20/2006 | 3 | $117.50 | 69.5 | 7 | | | | | | | | | | | | | | | | | | |
| 11/20/2006 | 12/20/2006 | 3 | $117.50 | 69.5 | | | | | | | | | | | $3,386.42 | $1,041.19 | | | | | 2.24 | | $24,666.91 |
| | | | | | | | | | | | | | | $13,989.11 | $9,249.11 | $1,146.75 | | | | | | |