# EXHIBIT E

| DATE | WORK DONE | TIME | FEE |
|---|---|---|---|
| **ATTORNEY TIME RECORDS - K. Coughlin - *Cesario v. BNI***  | | | |
| From March 30, 2007 to present | | | |
| 3/30/2007 | Review materials provided by NYLAG re: Cesario case; confer with L. Fentonmiller re: same | 1.5 | $502.50 |
| 4/2/2007 | Review questions drafted by L. Fentonmiller in preparation for discussion with E. Goldstein (NYLAG); confer with E. Goldstein re: same; review materials from E. Goldstein re: wage and hour laws, etc. | 1 | $335.00 |
| 4/19/2007 | Review draft complaint | 0.5 | $167.50 |
| 5/1/2007 | Review sample retention letter from NYLAG and draft retention letter for Mr. Cesario | 1 | $335.00 |
| 5/2/2007 | Review draft questions, pleadings, retainer letter in preparation for today's meeting with Mr. Cesario; meet with J. Cesario, E. Goldstein, E. Toribio and J. Murphy re facts of Mr. Cesario's case | 4 | $1,340.00 |
| 5/3/2007 | Confer with L. Fentonmiller and J. Murphy in follow-up to meeting with Mr. Cesario | 0.5 | $167.50 |
| 5/7/2007 | Confer with team in preparation for May 9 meeting with Mr. Cesario; confer with J. Murphy and L. Fentonmiller re preparing table re Mr. Cesario's contracts and payments received | 2 | $670.00 |
| 5/9/2007 | Participate in meeting with J. Cesario, E. Goldstein and J. Murphy; confer with team in follow-up to same; review draft tables reflecting Mr. Cesario's contracts and payments received | 3.5 | $1,172.50 |
| 5/11/2007 | Review notes re 5/9 meeting with J. Cesario; confer with L. Fentonmiller re: same; revise memo to file to reflect additional information collected during same | 2 | $670.00 |
| 5/22/2007 | Review notes, materials, etc. in preparation for today's meeting with Mr. Cesario; confer with team re: same; meet with Mr. Cesario, E. Toribio, E. Goldstein and J. Murphy re Mr. Cesario's case (collecting facts, etc.) | 3 | $1,005.00 |
| 5/23/2007 | Review notes re: yesterday's meeting and update memo to file | 1 | $335.00 |
| 6/1/2007 | Confer with team re F. Martinez's response to questions re: his BNI employment and other issues | 0.75 | $251.25 |
| 6/28/2007 | Confer with E. Goldstein and J. Murphy in preparation for meeting with F. Martinez; draft questions/topics to discuss during same; meet with Mr. Cesario and team | 3 | $1,005.00 |
| 7/7/2007 | Draft complaint | 0.5 | $167.50 |
| 7/9/2007 | Continue to draft and edit complaint | 0.5 | $167.50 |
| 7/10/2007 | Continue drafting complaint | 1 | $335.00 |
| 7/24/2007 | Review and edit draft complaint; confer with L. Fentonmiller and E. Goldstein re: same | 0.75 | $251.25 |
| 8/5/2007 | Continue to draft and edit complaint; conduct research and review cases and statutes re: same | 2 | $670.00 |
| 8/6/2007 | Continue to draft and edit complaint and review statutes re: same | 2 | $670.00 |
| 8/8/2007 | Continue to draft and edit complaint and review statutes, etc. re: same | 3.5 | $1,172.50 |
| 8/16/2007 | Review E. Goldstein's edits to draft complaint | 0.25 | $83.75 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 9/13/2007 | Continue to review and edit complaint; confer with team re: same and re: preparation for tonight's meeting with clients; meet with clients and E. Toribio to review complaint | 4 | $1,340.00 |
| 9/17/2007 | Confer with L. Fentonmiller and J. Murphy re: damages allegations and other issues re: complaint; continue to draft and edit complaint; conduct research re: elements of contract and quantum meruit claims | 3.5 | $1,172.50 |
| 9/19/2007 | Confer with L. Fentonmiller re: draft complaint and damages allegations | 0.5 | $167.50 |
| 10/1/2007 | Review, edit and finalize complaint; confer with J. Murphy, E. Goldstein and S. Williams re: tasks to be completed for filing same (supporting documents, etc.) | 2 | $670.00 |
| 10/10/2007 | Confer with J. Murphy re: effecting service of complaint on Defendants; review statutes and treatises re: same | 1.5 | $502.50 |
| 10/25/2007 | Confer via email with B. Costello (Albany attorney) re: facilitating service of process on BNI via Secretary of State; confer with J. Murphy on process server bills | 1 | $335.00 |
| 10/31/2007 | Draft cover letter to SDNY clerk enclosing proof of service on BNI and M. Abdur-Rahim; review rules and procedures for same; confer with J. Murphy and K. Morrison re: filing proofs of service with court; draft email to J. Jachman (intern) re: research project | 1.25 | $418.75 |
| 11/2/2007 | Finalize proofs of service of summons and complaint on BNI and M. Abdur-Rahim and cover letter to court clerk re: same; confer with K. Morrison re: filing hard copies of same; file same via ECF | 1.25 | $418.75 |
| 11/7/2007 | Confer in email and in person with J. Jachman and team re: research re: effecting service on Musa | 0.5 | $167.50 |
| 11/8/2007 | Confer with J. Murphy re: attempt to service Musa | 0.25 | $83.75 |
| 12/4/2007 | Confer with J. Murphy and review research materials re: effecting service on defendant Musa | 1 | $335.00 |
| 12/10/2007 | Review research, internal correspondence, etc., on effecting service on defendant Musa | 0.25 | $83.75 |
| 12/12/2007 | Review cases and other authorities re: satisfying "nail and mail" service requirements re: defendant Musa; draft email to J. Murphy re: issues to address in his affidavit of same | 1 | $335.00 |
| 12/24/2007 | Review Rule 16 conference order and other materials re same and edit draft letter to defendants advising them of same | 1 | $335.00 |
| 12/26/2007 | Confer with J. Murphy re: advising Defendants of Rule 16 conference; conduct research and review J. Stanton's order re: same; continue to draft letters to defendants and J. Stanton re: same; review, edit and draft email to J. Murphy re: his affidavit of service on defendant Musa. | 3 | $1,005.00 |
| 12/28/2007 | Draft letter to Defendant Musa, conduct research and confer with J. Murphy re: service of complaint on Musa; draft letter to J. Stanton providing copies of notices to defendants re Rule 16(b) conference; continue to review and edit J. Murphy's affidavit of service of complaint on Musa. | 3 | $1,005.00 |
| 1/2/2008 | Review, edit and confer with J. Murphy re: documents to file re: service on defendant Musa of summons and complaint | 1 | $375.00 |
| 1/3/2008 | ECF file return of service of summons an complaint on defendant Musa; draft email memorandum to team re: same | 0.5 | $187.50 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 1/4/2008 | Draft letter to J. Stanton re: defendants' failure to appear and seeking guidance re: January 11, 2007 Rule 16 conference; confer with J. Murphy re: submitting same | 1.75 | $656.25 |
| 1/7/2008 | Confer with E. Goldstein re: procedures for seeking default judgment and enforcement of same in preparation for Friday's conference with the court | 0.75 | $281.25 |
| 1/8/2008 | Review rules and J. Stanton's procedures in preparation for Rule 16 conference on Friday | 1 | $375.00 |
| 1/10/2008 | Confer with L. Fentonmiller, E. Goldstein and J. Murphy and review various documents and materials in preparation for tomorrow's conference before J. Stanton | 2 | $750.00 |
| 1/30/2008 | Review materials in preparation for drafting default motion papers; confer via email with E. Goldstein re: same | 1.5 | $562.50 |
| 2/4/2008 | Review and confer with E. Goldstein re: draft declaration of J. Cesario; confer with E. Goldstein, J. Murphy and E. Toribio re: tomorrow's conference call with clients; continue to edit papers in support of request for entry of default | 1 | $375.00 |
| 2/5/2008 | Review various correspondence and documents in preparation for this evening's conference call with clients; confer with J. Murphy re: tasks in preparation for filing request for entry of default; participate in said conference call | 2.25 | $843.75 |
| 2/7/2008 | Finalize and file papers in support of request for entry of default; confer with J. Murphy re: same (re: logistics of providing courtesy copies to J. Stanton and service copies to defendants, edits to documents, etc.); draft cover letter to J. Stanton providing courtesy copies and email to Orders and Judgments clerk providing proposed certificate of default | 2.25 | $843.75 |
| 2/11/2008 | Review cases on default judgment standards | 1 | $375.00 |
| 7/8/2008 | Confer with J. Stanton's law clerk re: status of case and J. Stanton's request for Certificate of Default | 0.25 | $93.75 |
| 7/11/2008 | Draft letter to J. Stanton providing Certificate of Default; confer with J. Murphy re: serving same | 0.75 | $281.25 |
| 7/21/2008 | Review J. Gorenstein's order setting schedule for damages inquest | 0.25 | $93.75 |
| 8/29/2008 | Draft email to E. Toribio re: setting up meeting with clients to review papers to be filed in connection with damages inquest | 0.25 | $93.75 |
| 8/30/2008 | Review case law, documents and other materials in preparation for drafting inquest submission | 0.25 | $93.75 |
| 9/4/2008 | Review draft papers, case law and other materials related to damages inquest submission; confer via email with E.Toribio and J. Murphy re: meeting with clients re: same | 0.5 | $187.50 |
| 9/5/2008 | Draft and review damages inquest papers; review case law and other materials re: same, draft email to E. Devins re: Tuesday meeting with clients re: same | 3 | $1,125.00 |
| 9/6/2008 | Continue drafting damages inquest papers and reviewing statutes, case law and other materials re: same; confer with team re: same | 7 | $2,625.00 |
| 9/7/2008 | Continue drafting damages inquest papers and reviewing materials re: same; confer with team re: same | 6 | $2,250.00 |
| 9/8/2008 | Continue drafting damages inquest papers and reviewing materials re: same; confer with team re: same | 5.5 | $2,062.50 |

| | | | |
|---|---|---|---|
| 9/9/2008 | Continue drafting damages inquest papers and reviewing materials re: same; confer with team re: same; finalize plaintiffs' declarations in support of motion for default judgment and damages calculation spreadsheets; meet with clients to review and sign said declarations | 6 | $2,250.00 |
| | | | |
| | **TOTAL** | **104** | **$36,630.00** |

| ATTORNEY TIME RECORDS - E. Goldstein - *Cesario v. BNI* |
| From January 16, 2007 to present |

| DATE | WORK DONE | TIME | FEE |
|---|---|---|---|
| 1/16/2007 | Draft intake questions for client meeting | 0.25 | $87.50 |
| 1/29/2007 | meeting with Javier Cesario (JC) | 1.33 | $465.50 |
| 1/24/2007 | draft fact memo to file | 0.67 | $234.50 |
| 1/24/2007 | draft fact memo to file | 1 | $350.00 |
| 1/24/2007 | telephone call to general contractor at JC's former worksite | 0.08 | $28.00 |
| 1/24/2007 | draft demand letter and damage calculation for JC | 0.67 | $234.50 |
| 1/25/2007 | draft demand letter and damage calculation for JC | 0.5 | $175.00 |
| 1/25/2007 | telephone call to JC re: next steps | 0.8 | $28.00 |
| 2/5/2007 | edit and revise demand letter | 0.8 | $28.00 |
| 2/28/2007 | telephone call to JC re: case update | 0.8 | $28.00 |
| 3/2/2007 | telephone call to BNI - left detailed voicemail message | 0.8 | $28.00 |
| 3/6/2007 | telephone call to BNI - left detailed voicemail message | 0.8 | $28.00 |
| 3/19/2007 | telephone call to JC re: case update | 0.8 | $28.00 |
| 4/2/2007 | draft email to co-counsel, Kerin Coughlin (KC) | 0.8 | $28.00 |
| 4/2/2007 | telephone call to co-counsel, KC re: case strategy | 0.5 | $175.00 |
| 4/2/2007 | compiling relevant documents for KC | 0.17 | $59.50 |
| 4/2/2007 | telephone call to JC re: update | 0.08 | $28.00 |
| 4/17/2007 | telephone call to Laura Fentonmiller (LF) re: case strategy | 0.42 | $147.00 |
| 4/18/2007 | draft email to LF re: strategy and mechanics liens | 0.17 | $59.50 |
| 4/23/2007 | draft email to LF and KC re: next meeting agenda | 0.08 | $28.00 |
| 5/2/2007 | draft email to KC re: case | 0.08 | $28.00 |
| 5/2/2007 | meeting with KC and JC re: allegations in the complaint | 2.17 | $759.50 |
| 5/2/2007 | meeting with KC re: strategy | 0.17 | $59.50 |
| 5/3/2007 | telephone call with LF re: additional plaintiff | 0.08 | $28.00 |
| 5/9/2007 | review memo to file | 0.25 | $87.50 |
| 5/9/2007 | review memo to file | 0.25 | $87.50 |
| 5/9/2007 | legal research re: contacting former employees | 0.17 | $59.50 |
| 5/9/2007 | meeting with KC and JC re: reviewing allegations in complaint | 2.5 | $875.00 |
| 5/22/2007 | reviewing KC memo re: case | 0.33 | $115.50 |
| 5/22/2007 | draft outstanding questions list | 0.25 | $87.50 |
| 5/22/2007 | telephone call with co-counsel re: outstanding issues and case strategy | 0.42 | $147.00 |
| 5/22/2007 | meeting with co-counsel and JC re: fact-gathering | 1.75 | $612.50 |
| 6/6/2007 | telephone to LF re: case update | 0.08 | $28.00 |
| 6/7/2007 | telephone call to LF re: damage calculation | 0.33 | $115.50 |
| 6/9/2007 | edit and revise damage calculation | 1.58 | $553.00 |
| 6/11/2007 | left detailed voicemail message for LF | 0.08 | $28.00 |
| 6/25/2007 | draft questions for potential interview with former JC supervisor | 0.25 | $87.50 |
| 6/26/2007 | left detailed voicemail message for former supervisor | 0.08 | $28.00 |
| 6/26/2007 | telephone call to former general contractor supervisor | 0.08 | $28.00 |
| 6/28/2007 | meeting with Fernando Martinez (FM) re: fact gathering for complaint | 1.33 | $465.50 |
| 7/24/2007 | review draft complaint | 0.42 | $147.00 |
| 7/25/2007 | edit and revise draft complaint | 0.75 | $262.50 |
| 8/14/2007 | edit and revise complaint | 0.42 | $147.00 |
| 8/15/2007 | edit and revise complaint | 0.33 | $115.50 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 8/30/2007 | draft email to KC re: update | 0.08 | $28.00 |
| 9/10/2007 | review almost final complaint | 0.33 | $115.50 |
| 9/18/2007 | review final complaint | 0.17 | $59.50 |
| 10/16/2007 | investigate property records of defendants | 0.33 | $115.50 |
| 10/16/2007 | draft email to KC re: service of process | 0.17 | $59.50 |
| 1/10/2008 | telephone call to co-counsel re: upcoming hearing | 0.42 | $147.00 |
| 1/11/2008 | waiting for initial conference in SDNY | 0.25 | $87.50 |
| 1/11/2008 | initial conference before Judge Stanton | 0.08 | $28.00 |
| 1/16/2008 | legal research re: damage inquests | 0.33 | $115.50 |
| 1/30/2008 | prepare time records for default motion | 1.33 | $465.50 |
| 1/31/2008 | Draft damage chart re default motion | 0.5 | $175.00 |
| 2/1/2008 | Review fact memos | 0.58 | $203.00 |
| 2/1/2008 | Edit and revise damage calculations for default motion | 0.92 | $322.00 |
| 2/1/2008 | Edit and revise damage calculations for default motion | 0.5 | $175.00 |
| 2/1/2008 | Draft Cesario declaration | 0.67 | $234.50 |
| 2/4/2008 | Edit and revise Cesario declaration | 0.25 | $87.50 |
| 2/4/2008 | Email to co-counsel re conference call with plaintiffs | 0.08 | $28.00 |
| 2/5/2008 | Telephone call with co-counsel and plaintiffs re declaration | 0.83 | $290.50 |
| 2/8/2008 | Edit and revise Cesario declaration | 0.25 | $87.50 |
| 2/14/2008 | Email to KC re declaration edits | 0.08 | $28.00 |
| 2/14/2008 | review default documents, declaration edits | 0.25 | $87.50 |
| | **TOTAL** | **34.07** | **$10,160.50** |

| | ATTORNEY TIME RECORDS - L. Fentonmiller - Cesario v. BNI | | |
| --- | --- | --- | --- |
| | From March 20, 2007 to present | | |
| DATE | WORK DONE | TIME | FEE |
| 3/20/2007 | Review documents from E. Goldstein (demand letter, damages calculation, legal memo) | 1 | $350.00 |
| 3/23/2007 | Legal research re: remedies | 0.5 | $175.00 |
| 3/27/2007 | Review case materials; draft complaint re: same | 1 | $350.00 |
| 3/30/2007 | Review case materials; draft complaint re: same; conference with K. Coughlin re: same | 2 | $700.00 |
| 4/18/2007 | Review and revise complaint | 1 | $350.00 |
| 5/22/2007 | Review memos and tables re: meetings with client; teleconference with K. Coughlin and E. Goldstein re: same | 1 | $350.00 |
| 6/6/2007 | Calculate wage payments due | 1 | $350.00 |
| 6/11/2007 | Teleconference with E. Goldstein re draft damage calculations; review same; review FLSA regulations re: same | 1 | $350.00 |
| 7/24/2007 | Review and revise complaint; confer with K. Coughlin re: same | 1 | $350.00 |
| 7/25/2007 | Review NYLAG edits to complaint | 1 | $350.00 |
| 9/17/2007 | Confer with K. Coughlin re: damage calculations | 0.25 | $87.50 |
| 9/18/2007 | Review changes to complaint, communicate with K. Coughlin re: same | 1 | $350.00 |
| 10/9/2007 | Review judge's order; confer with co-counsel re: same | 0.5 | $175.00 |
| | TOTAL | 12.25 | $4,287.50 |

| ATTORNEY TIME RECORDS - J. Murphy - *Cesario v. BNI* | | | |
|---|---|---|---|
| From May 2, 2007 to present | | | |
| DATE | WORK DONE | TIME | FEE |
| 5/2/2007 | Attend client meeting with K. Coughlin, E. Toribio, client J. Cesario and E. Goldstein of NYLAG | 1 | $125.00 |
| 7/23/2007 | Research steps required to start the Cesario action in the district court and check for proper format of papers | 1.5 | $187.50 |
| 9/19/2007 | Research particular statute used in the complaint to be filed in this case for accuracy and completeness | 1.5 | $187.50 |
| 10/2/2007 | Draft civil cover sheet and multiple summons for filing of complaint in the Southern District of New York | 1 | $125.00 |
| 10/3/2007 | Prepare cover letter to provide to process server to serve summons and complaint upon defendants | 0.5 | $62.50 |
| 10/11/2007 | Research New Jersey rules of civil procedure re: service of process and confer with K. Coughlin re: same | 1 | $125.00 |
| 10/24/2007 | Draft letter to Dept. of State for K. Coughlin review re: service of process of BNI Construction, Inc. | 1 | $125.00 |
| 10/30/2007 | Personally serve defendant Mikial Abdur-Rahim at the offices of BNI Construction, Inc. at 300 W. 147th St. | 1 | $125.00 |
| 10/31/2007 | Prepare return of service forms for K. Coughlin to upload to ECF | 0.5 | $62.50 |
| 11/8/2007 | Prepare copy set of summons and complaint for Musa of BNI Construction, Inc.; travel to Coney Island to attempt service on same | 2 | $250.00 |
| 12/4/2007 | Draft return of service to be filed via ECF of remaining defendants for K. Coughlin review | 0.5 | $62.50 |
| 12/12/2007 | Prepare copies of the summons and complaint to be served upon the remaining defendants in case; travel to defendant's place of business and serve process through "nail and mail"; prepare additional copies of same to mail to defendant; confer with K. Coughlin on affidavit of service and requirements of completion | 2.75 | $343.75 |
| 12/13/2007 | Draft the affidavit of service detailing all attempts at serving remaining defendant in case for K. Coughlin review; prepare certificate of service to be filed by ECF by K. Coughlin | 1.5 | $187.50 |
| 12/27/2007 | Review black-lined affidavit of service re: service of process to Musa and make corrections for K. Coughlin review; retrieve copies of the attempted affidavits of service for inclusion in filing on 12/28/07 with Judge Stanton | 1 | $125.00 |
| 1/4/2008 | Prepare copies of letter addressed to Judge Stanton for mailing to all three defendants re: rule 16 conference and failure to appear; transport original of same to the southern district courthouse | 1.75 | $280.00 |
| 1/10/2008 | Review hard files and prepare copies of multiple correspondence and court documents for K. Coughlin to use in rule 16 conference before Judge Stanton on 1/11/08 | 1 | $160.00 |
| 2/12/2008 | Prepare copy of certificate of default and transport to district court to the attention of the order and judgments clerk for K. Coughlin | 1.75 | $280.00 |

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 7/11/2008 | Prepare letter with enclosed certificate of default for Judge Stanton and transport to district court | | 1.25 | $200.00 |
| | | **TOTAL** | **22.5** | **$3,013.75** |