# EXHIBIT F

| DATE | DESCRIPTION | FEE |
|---|---|---|
| **DISBURSEMENTS - *Cesario v. BNI***  | | |
| From April 19, 2007 through present | | |
| 4/19/2007 | WESTLAW database research for the month of April 2007 | $1,066.81 |
| 7/16/2007 | Postage charges for the month of July 2007 | $0.58 |
| 8/8/2007 | WESTLAW database research for the month of July 2007 | $50.38 |
| 9/4/2007 | WESTLAW database research for the month of August 2007 | $55.68 |
| 9/23/2007 | WESTLAW database research for the month of September 2007 | $254.62 |
| 10/1/2007 | Service of Summons and Complaint ot Sec. of State on behalf of BNI (Department of State) on 10/17/07 | $40.00 |
| 10/8/2007 | Postage charges for the month of October 2007 | $3.37 |
| 10/12/2007 | Attempted service of papers in Manhattan to BNI Construction, 13 Mevan Ave, Englewood, New Jersey (Demovsky Lawyer Service) | $362.00 |
| 11/7/2007 | Jeremy Murphy WESTLAW database research for the month of October 2007 | $1.75 |
| 11/13/2007 | Jeremy Murphy postage charges for the month of November 2007 | $5.18 |
| 12/13/2007 | Postage charges for the month of December 2007 | $8.43 |
| 12/16/2007 | Outside messenger to BNI Construction, 300 West 147th Street (Deluxe Delivery Systems) on 12/27/07 | $33.92 |
| 12/17/2007 | In-House photocopies for the month of December 2007 | $7.90 |
| 1/5/2008 | Online database research (PACER) for the period of 10/1/07 through 12/31/07 | $0.64 |
| 1/6/2008 | Outside messenger to BNI Construction, Inc, 300 West 147th Street, New York (Deluxe Delivery Systems) on 1/4/08 | $33.92 |
| 1/17/2008 | In-House photocopying for the period of 1/2/08 through 1/31/08 | $13.80 |
| 1/17/2008 | Scanning fees for the period of 1/2/08 through 1/31/08 | $0.36 |
| 2/3/2008 | Postage charges on 2/8/08 | $4.95 |
| 2/3/2008 | Postage charges on 1/4/08 | $1.23 |
| 2/4/2008 | WESTLAW database research for the month of January 2008 | $176.53 |
| 2/4/2008 | WESTLAW database research for the month of January 2008 | $62.57 |
| 2/4/2008 | WESTLAW database research for the month of January 2008 | $1.27 |
| 2/9/2008 | In-house photocopies for the period of 2/1/08 through 2/29/08 | $6.20 |
| 2/9/2008 | Scanning service fee for the period of 2/1/08 through 2/29/08 | $0.94 |
| 2/14/2008 | Outside messenger to District Court, 500 Pearl Street (Deluxe Delivery Systems) on 2/8/08 | $12.72 |
| 4/23/2008 | WESTLAW database research for the month of March 2008 | $106.55 |
| 5/8/2008 | Online document retrieval/research (PACER) for the period of 1/1/08 through 3/31/08 | $1.84 |
| 7/20/2008 | Postage charges for the month of July 2008 | $3.00 |
| 7/27/2008 | Document scanning fees for the month of July 2008 | $0.04 |
| 7/27/2007 | In-house photocopying (Equitrac) for the month of July 2008 | $1.20 |
| 8/11/2008 | Fax service fee (Equitrac) for the month of August 2008 | $3.75 |
| 8/11/2008 | In-house photocopying (Equitrac) for the month of August 2008 | $0.40 |
| | **TOTAL** | **$2,322.53** |